IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sheila Webb,<br><br>              Plaintiff,<br>    vs.<br><br>Leon Lott, in his capacity as Sheriff of the Richland County Sheriff's Department; and Cameron Duecker,<br><br>              Defendants. | Civil Action No. 3:19-cv-2031-CMC<br><br>**Order** |

The Clerk is directed to amend the caption to reflect that Defendant Leon Lott is named in his official capacity as Sheriff of Richland County. In addition, pursuant to the South Carolina Tort Claims Act, S.C. Code section 15-78-120(a)(1), the jury's award of damages against Defendant Leon Lott, in his official capacity as Sheriff of Richland County, is hereby reduced from five hundred thousand ($500,000) to three hundred thousand dollars ($300,000). Pursuant to Rule 58(b)(2)(A), Federal Rules of Civil Procedure, the court has reviewed and approved the Judgment in a Civil Action to be entered herein.

    **IT IS SO ORDERED**.

                                                  s/Cameron McGowan Currie
                                                  CAMERON MCGOWAN CURRIE
                                                  Senior United States District Judge

Columbia, South Carolina
January 17, 2023